# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| In the Matter of the Seizure of: | ) |
| | ) **SEIZURE WARRANT** |
| The contents of First Merchants Bank Account No. 2712050003, held in the name of Towfiq Market, LLC, up to the amount of $323,585.18. | ) )  Case No. 2:18-mj-825 ) |

TO:   Any authorized law enforcement officer:

An application by a federal law enforcement officer or an attorney for the government having been made before me by <u>Jeffrey Rees, Special Agent, FBI</u> who has reason to believe that in the <u>Southern</u> District of <u>Ohio</u> there is now certain property which is subject to forfeiture to the United States, namely (describe property to be seized)

The contents of First Merchants Bank Account No. 2712050003, held in the name of Towfiq Market, LLC, up to the amount of $323,585.18.

I find that the affiant(s), or any recorded testimony, establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

**YOU ARE HEREBY COMMANDED** to execute this warrant on or before <u>Nov 21 2018</u> (not to exceed 14 days), in the daytime (6:00 A.M. to 10:00 P.M.). Unless delayed notice is authorized, you must give a copy of this warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge <u>Kimberly A. Jolson</u>.

THE ABOVE-REFERENCED FINANCIAL INSTITUTION IS HEREBY COMMANDED to effect the seizure of the contents of the above-referenced account(s) and to refuse the withdrawal of any amount from said account(s) by anyone other than duly authorized law enforcement agents; promptly provide officers or contractors of the ~~Internal Revenue Service~~ [Federal Bureau of Investigation QDR] with the current account balances; and continue to accrue any deposits, interest, dividends, and any other amount credited to said account(s) until law enforcement agents, or authorized representative from the ~~Internal Revenue Service~~ [Federal Bureau of Investigation QDR] direct that the contents of said account(s) be finally liquidated. Service of this seizure warrant may be made by facsimile, provided that a hard copy is thereafter served by regular mail, overnight mail, or personal delivery.

<u>Nov. 7, 2018   11:22 A.M.</u>
**Date and Time Issued**                                **Judge's Signature**

Columbus, Ohio                                    Kimberly A. Jolson, United States Magistrate Judge
**City and State**                                      **Printed Name and Title**

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : ||| 
| Inventory of the property taken and name of any person(s) seized: |||

### Certification

    I declare under penalty of perjury that this **inventory is correct and was returned along with the original warrant to the** designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*